ORIGINAL

FILED
JUN 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name __WILLIAMS__   __ANTONIO__   __L.__
        (Last)        (First)      (Initial)

Prisoner Number __J05660__

Institutional Address __CALIFORNIA CORRECTIONAL INST.__
__P.O. Box 1906  TEHACHAPI, CALIF 93581__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

__ANTONIO Luis Williams__
(Enter the full name of plaintiff in this action.)

vs.

__W.J. Sullivan "Warden"__
__Superior Court Alameda Ca.__
__Case No. 130594__

Case No. __C 07 3376 CW__
(To be provided by the clerk of court)

PETITION FOR A WRIT
OF HABEAS CORPUS       (PR)

(Enter the full name of respondent(s) or jailor in this action)

=====================================================

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS        - 1 -

3. Did you have any of the following?

    Arraignment:                                          Yes ✔    No ____

    Preliminary Hearing:                          Yes ✔    No ____

    Motion to Suppress:                           Yes ____    No ____

4. How did you plead?

    Guilty ____    Not Guilty ✔    Nolo Contendere ____

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury ✔    Judge alone ____    Judge alone on a transcript ____

6. Did you testify at your trial?                  Yes ✔    No ____

7. Did you have an attorney at the following proceedings:

    (a)    Arraignment                             Yes ✔    No ____

    (b)    Preliminary hearing                      Yes ✔    No ____

    (c)    Time of plea                             Yes ✔    No ____

    (d)    Trial                                       Yes ____    No ✔

    (e)    Sentencing                                Yes ✔    No ____

    (f)    Appeal                                    Yes ✔    No ____

    (g)    Other post-conviction proceeding    Yes ____    No ✔

8. Did you appeal your conviction?                Yes ✔    No ____

    (a)    If you did, to what court(s) did you appeal?

            Court of Appeal                         Yes ✔    No ____
            Year: 5-31-02    Result: Denied 3-4-04

            Supreme Court of California         Yes ✔    No ____
            Year: _____    Result: Denied 5-23-01

            Any other court Supreme Court of US    Yes ✔    No ____
            Year: 05    Result: Denied 10-3-05

    (b)    If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS        - 3 -

1  Who to Name as Respondent

2  You must name the person in whose actual custody you are. This usually means the Warden or
3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4  you are imprisoned or by whom you were convicted and sentenced. These are not proper
5  respondents.

6  If you are not presently in custody pursuant to the state judgment against which you seek relief
7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8  custody you are now and the Attorney General of the state in which the judgment you seek to attack
9  was entered.

10  A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11  1. What sentence are you challenging in this petition? **Illegal Incarceration, Wrongful Conviction**

12  (a) Name and location of court that imposed sentence (for example; Alameda
13  County Superior Court, Oakland): **Alameda Co. Superior Court    1301 Clay St. Oakland, Calif 94621**
14  
15  Court                                    Location

16  (b) Case number, if known **130594**
17  (c) Date and terms of sentence **Date of Sentence 4-26-99  35yrs/Life, 2 strikes**

18  (d) Are you now in custody serving this term? (Custody means being in jail, on
19  parole or probation, etc.)        Yes ✓   No ____
20  Where?

21  Name of Institution: **California Correctional**
22  Address: **Institution P.O Box 1906 Tehachapi, Calif 93581**

23  2. For what crime were you given this sentence? (If your petition challenges a sentence for
24  more than one crime, list each crime separately using Penal Code numbers if known. If you are
25  challenging more than one sentence, you should file a different petition for each sentence.)
26  **Robbery 2nd, 211**
27  **2 Strike**
28  

PET. FOR WRIT OF HAB. CORPUS       - 2 -

1  a. Withheld Evidence causing suppression
2  b. Abused Discretion of not using Juror Instructions
3  c. Known perjured Testimony
4  d. _____
5  Result: Denied    Date of Result: Feb 7 o7
6  III. Name of Court: _____
7  Type of Proceeding: _____
8  Grounds raised (Be brief but specific):
9  a. _____
10 b. _____
11 c. _____
12 d. _____
13 Result: _____  Date of Result: _____
14 IV. Name of Court: _____
15 Type of Proceeding: _____
16 Grounds raised (Be brief but specific):
17 a. _____
18 b. _____
19 c. _____
20 d. _____
21 Result: _____  Date of Result: _____
22 (b) Is any petition, appeal or other post-conviction proceeding now pending in any court?
23 Yes ____    No ✓
24 Name and location of court: _____
25 B. GROUNDS FOR RELIEF
26 State briefly every reason that you believe you are being confined unlawfully. Give facts to
27 support each claim. For example, what legal right or privilege were you denied? What happened?
28 Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS    - 5 -

|   |   |   |   |   |
|---|---|---|---|---|
| 1 | | petition? | Yes ____ | No ✔ |
| 2 | (c) | Was there an opinion? | Yes ____ | No ✔ |
| 3 | (d) | Did you seek permission to file a late appeal under Rule 31(a)? | | |
| 4 | | | Yes ____ | No ✔ |

5  If you did, give the name of the court and the result:

6  _____ N/A _____

7  _____

8  9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9  this conviction in any court, state or federal?      Yes ____    No ____

10  [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11  challenged the same conviction you are challenging now and if that petition was denied or dismissed

12  with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13  for an order authorizing the district court to consider this petition. You may not file a second or

14  subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15  U.S.C. §§ 2244(b).]

16  (a) If you sought relief in any proceeding other than an appeal, answer the following

17  questions for each proceeding. Attach extra paper if you need more space.

18  I. Name of Court: __ALAMEDA CO. SUPERIOR COURT__

19  Type of Proceeding: __PETITION OF WRIT HABEAS__

20  Grounds raised (Be brief but specific):

21  a. __WITHHELD EVIDENCE CAUSING SUPPRESSION__

22  b. __ABUSED DISCRETION OF NOT USING JUROR INSTRUCTIONS__

23  c. __KNOWN PERJURED TESTIMONY__

24  d. _____

25  Result: __DENIED__  Date of Result: __Feb 22, 06__

26  II. Name of Court: __SUPREME COURT OF CALIF__

27  Type of Proceeding: __PETITION OF WRIT HABEAS, Review__

28  Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS           - 4 -

1 | need more space. Answer the same questions for each claim.

2 | [Note: You must present ALL your claims in your first federal habeas petition. Subsequent
3 | petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,
4 | 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]   **New Evidence Claim (1.)**

5 | Claim One: **Prosecutorial misconduct by withheld evidence of photographic line up displays causing suppression in violation of U.S Const, 5Th, 14Th Amendments as Guaranteed**

7 | Supporting Facts:
8 | See Attached Filed 7-18-06
9 | Petition of Writ of Habeas
10 | Marked Exhibit 1, Attached

**New Evidence Claim (2.)**
11 | Claim Two: **Prosecutorial misconduct by Trial Judge Abused Discretion of not using Petitioner Juror Instructions was in violation of Due Process of 5Th Amendment As Guaranteed**

13 | Supporting Facts:
14 | See Attached Filed 7-18-06
15 | Petition of Writ of Habeas
16 | Marked Exhibit 1, Attached

**New Evidence Claim (3.)**
17 | Claim Three: **Prosecutorial misconduct by prosecution Known Perjured Testimony of witnesses was in violation of Due Process, Equal Protection of 5Th, 14Th Amendments of U.S Const,**

19 | Supporting Facts:
20 | See Attached Filed 7-18-06
21 | Petition of Writ of Habeas
22 | Marked Exhibit 1

23 | If any of these grounds was not previously presented to any other court, state briefly which
24 | grounds were not presented and why:

25 |
26 |
27 |
28 |

PET. FOR WRIT OF HAB. CORPUS        - 6 -

1  List, by name and citation only, any cases that you think are close factually to yours so that they
2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3  of these cases: U.S. Supreme Court Miller v. Pate, 386 U.S.
4  7 (1967); Kyles v. Whitley, 514 U.S. 419 (1995);
5  Sullivan v. Louisiana, 508 U.S. 275 (1993)
6  U.S. v. Bagley, 473 U.S. 667 (1985); Napue v.
7  Illinois, 360 U.S. 264 (1959)

Do you have an attorney for this petition?          Yes____    No ✔

8  If you do, give the name and address of your attorney:
9  _____

10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

13  Executed on __6-21-07__           _Antonio Luis Williams_
14              Date                         Signature of Petitioner

20  (Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS          - 7 -