**FORM E**

Proof of Service by Mail

CASE NO. ~~████████~~ OF SUPERIOR CT. 130594
WILLIAMS VS SULLIVAN

[Case Name and Court Number] ~~████████████████████~~

I declare that:

I am a resident of ___C.C.I___ in the county of ___TEHACHAPI___,

California. I am over the age of 18 years. My residence address is: CALIF CORRECTIONAL

INSTITUTION P.O BOX 1906 1-C-206 TENACHAPI, CALIF 93581

On ___6-21-07___, I served the attached ~~████~~ PETITION FOR WRIT OF HABEAS CORPUS ___ on the

CLERK, ~~████~~ in said case by placing a true copy thereof enclosed in a sealed

envelope with postage thereon fully paid, in the United States mail at ___C.C.I___

addressed as follows: CLERK, ~~████████~~ U.S.D.C FOR

NORTHERN DISTRICT OF CALIF 1301 CLAY ST.

OAKLAND, CALIF 94621 ___

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct, and that this declaration was executed on ___6-21-07___ [date],

at ___TEHACHAPI___, California.

ANTONIO WILLIAMS
[Type or Print Name]

Antonio Williams
[Signature]