FILED
2007 JUL -2 PM 1:09
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ANTONIO L. WILLIAMS
        Plaintiff,

vs.

W. J. SULLIVAN
        Defendant.

CASE NO. 07-3376-CW

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, ANTONIO L. WILLIAMS, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: N/A

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)   **NONE**
4  _____**N/A**_____
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9   a.   Business, Profession or                   Yes ___ No ✔
10       self employment
11  b.   Income from stocks, bonds,                Yes ___ No ✔
12       or royalties?
13  c.   Rent payments?                            Yes ___ No ✔
14  d.   Pensions, annuities, or                   Yes ___ No ✔
15       life insurance payments?
16  e.   Federal or State welfare payments,        Yes ___ No ✔
17       Social Security or other govern-
18       ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.   Are you married?  **SEPARATED**           Yes ✔ No ___
24  Spouse's Full Name: **ShapeTha J. Huff**
25  Spouse's Place of Employment: **A.F.I Building Richmond, Calif**
26  Spouse's Monthly Salary, Wages or Income: **Don't Know**
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ **NONE**

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____  - 2 -

     b.     List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).  NONE

_____N/A_____

_____

5.   Do you own or are you buying a home?          Yes ___ No ✔

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.   Do you own an automobile?                     Yes ___ No ✔

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.   Do you have a bank account? Yes ✔ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: __Prison Trust Account__

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No ✔ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ___

_____

8.   What are your monthly expenses?   NONE

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

Name of Account              Monthly Payment            Total Owed on This Acct.

_____           $ _____           $ _____

_____           $ _____           $ _____

_____           $ _____           $ _____   9. Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _CRIMINAL CONVICTION 4,900 RESTITUTION TO_
4  _MISSION NATIONAL BANK OAKLAND, CALIF_
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___  No ✓     N/A
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11      I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.
15
16  _6-21-07_                    _Antonio Luis Williams_
17      DATE                     SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____    - 4 -