FILED
07 JUL 23 PM 12: 57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANTONIO L. WILLIAMS

Plaintiff,

vs.

Mr. J. SULLIVAN

Defendant.

CASE NO. _____ CW

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, ANTONIO L. WILLIAMS, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: N/A

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                     - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____ None _____
5  _____
6  _____
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.  Business, Profession or              Yes ___ No ✓
10        self employment
11    b.  Income from stocks, bonds,           Yes ___ No ✓
12        or royalties?
13    c.  Rent payments?                       Yes ___ No ✓
14    d.  Pensions, annuities, or              Yes ___ No ✓
15        life insurance payments?
16    e.  Federal or State welfare payments,   Yes ___ No ✓
17        Social Security or other govern-
18        ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.  Are you married?  *separated*         Yes ✓ No ___
24 Spouse's Full Name: *Sheretha J. Huff*
25 Spouse's Place of Employment: *S.S.I Building Richmond, Calif*
26 Spouse's Monthly Salary, Wages or Income: *Don't know*
27 Gross $_____ Net $_____
28 4.  a.  List amount you contribute to your spouse's support: $ *None*

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 2 -

  b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_None_

5. Do you own or are you buying a home? Yes ___ No ✔

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile? Yes ___ No ✔

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ✔ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: _Prison Account_

Present balance(s): $ _0_

Do you own any cash? Yes ___ No ✔ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✔

8. What are your monthly expenses? _None_

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.) INFORMA PAUPERIS FEE RESTITUTION U.S.D.C. CASE NUMBERS 4:04-CV-00782-CW 4:04-CV-03211-CW 4:04-CV-05040-CW

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ___ N/A
Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.
INVOLVES CRIMINAL APPEAL
_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7-12-07                    Ontario Luis Williams
DATE                       SIGNATURE OF APPLICANT

1
2                                              Case Number: _____
3
4
5
6
7
8                          **CERTIFICATE OF FUNDS**
9                                        **IN**
10                             **PRISONER'S ACCOUNT**
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of  Antonio Luis Williams  for the last six months
                                              [prisoner name]
14   CCI - Tehachapi,                 where (s)he is confined.
            [name of institution]
15       I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $ ___-0-___ and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $ ___-0-___.
18
19  Dated: 7/17/07                    _____ - Acct Tech
                                        [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

-5-

```
REPORT ID: TS3030                                                                          REPORT DATE: 07/17/07
                              CALIFORNIA DEPARTMENT OF CORRECTIONS                         PAGE NO:           1
                               CALIF CORRECTIONAL INSTITUTION
                               INMATE TRUST ACCOUNTING SYSTEM
                               INMATE TRUST ACCOUNT STATEMENT

                        FOR THE PERIOD: JAN. 01, 2007 THRU JUL. 17, 2007

ACCOUNT NUMBER  : J05660                          BED/CELL NUMBER: 4B1CYP000000210L
ACCOUNT NAME    : WILLIAMS, ANTONIO LUIS          ACCOUNT TYPE: I
PRIVILEGE GROUP : D

                                      TRUST ACCOUNT ACTIVITY

       << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                                   CURRENT HOLDS IN EFFECT

  DATE      HOLD                                                                           HOLD
 PLACED     CODE    DESCRIPTION                          COMMENT                          AMOUNT
---------- ------   -----------------                   ------------                     ---------
04/14/2006  H107    POSTAGE HOLD                         5961POSTAG                          0.87
04/14/2006  H107    POSTAGE HOLD                         5961POSTAG                          1.35
05/02/2006  H107    POSTAGE HOLD                         6289POSTAG                          1.59
05/02/2006  H107    POSTAGE HOLD                         6289POSTAG                          1.35
05/23/2006  H110    COPIES HOLD                          6797COPIES                          1.20
07/05/2006  H110    COPIES HOLD                          0029COPIES                          0.87
08/23/2006  H107    POSTAGE HOLD                         1115POSTAG                          1.83
09/06/2006  H107    POSTAGE HOLD                         1115POSTAG                          0.53
09/06/2006  H107    POSTAGE HOLD                         1308POSTAG                          0.39
09/22/2006  H107    POSTAGE HOLD                         1308POSTAG                          0.63
11/29/2006  H107    POSTAGE HOLD                         1655POSTAG                          2.79
11/29/2006  H107    POSTAGE HOLD                         2764POSTAG                          0.39
11/29/2006  H107    POSTAGE HOLD                         2764POSTAG                          1.11
12/01/2006  H107    POSTAGE HOLD                         2764POSTAG                          0.40
12/28/2006  H110    COPIES HOLD                          2783COPAY                           0.50
01/17/2007  H107    POSTAGE HOLD                         3336COPIES                          1.35
01/17/2007  H110    COPIES HOLD                          3619POSTAG                          0.63
06/25/2007  H107    POSTAGE HOLD                         3619POSTAG                          0.41
07/02/2007  H109    LEGAL POSTAGE HOLD                   6627POSTAG                          0.75
07/02/2007  H118    LEGAL COPIES HOLD                    6755LEGPOS                          1.83
07/02/2007  H109    LEGAL POSTAGE HOLD                   0002LEGPOS                          8.05
07/03/2007  H118    LEGAL COPIES HOLD                    0006LEGCOP                         30.00
07/17/2007  H109    LEGAL POSTAGE HOLD                   0006LEGCOP                          2.33
07/17/2007  H118    LEGAL COPIES HOLD                    0042LEGPOS                          6.20
07/17/2007  H118    LEGAL COPIES HOLD                    0373LEGCOP                         10.65
                                                         0373LEGCOP

                                    TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL         TOTAL         CURRENT        HOLDS        TRANSACTIONS
 BALANCE      DEPOSITS     WITHDRAWALS     BALANCE       BALANCE       TO BE POSTED
----------   ----------    -----------    ----------    ----------    -------------
    0.00        0.00           0.00          0.00          81.99           0.00

                                                                        CURRENT
                                                                       AVAILABLE
                                                                        BALANCE
                                                                      -----------
                                                                          81.99-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE



ANTONIO WILLIAMS J05660  SANTA CLARITA
CALIFORNIA CORRECTIONAL INSTITUTION, CA 91311 T
P.O. BOX 1906  1-C-210         18 JUL 2007 PM
TEHACHAPI, CALIF 93581

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680