"LEGAL MAIL"

INSPECTED BY
U.S. MARSHALS SERVICE

$ 02.84⁰