ANTONIO WILLIAMS J05660
CALIFORNIA Correctional Institution
P.O. Box 1906 Z-C-210
TEHACHAPI, CALIF 93581

MAILED 8-20-07

LEGAL MAIL

CLERK OF
U.S. District Court
For Northern Calif
1301 CLAY ST.
OAKLAND CA 94621

