IN THE U.S DISTRICT COURT For
THE NORTHERN CALIF

ORIGINAL

ANTONIO L. WILLIAMS
vs
W. J. SULLIVAN

FILED
AUG 23 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CASE No. C07-3376 CW

MOTION TO OMIT, Amend Federal Cases In support of Relief to Habeas Corpus Claims: Collateral Attack

No Petitioner come before the court with titled motion no order been issued.

1. Conviction of Innocent person is miscarriage of Justice "Due Process" U.S Supreme Court case Schlup v. Delo, 513 U.S 298

2. Defense Right to present Evidence or witness Testimony Denied "Fair Trial" Chambers vs Mississippi 410 U.S. 284 (1973)

3. Suppressed Evidence Favorable to Petitioner "Due Process" Brady vs. Maryland 373 U.S. 83 (1963)

1.

Petitioner submit these cases in support of claim: 1. Withheld suppressed evidence of photograpic lineup undocumented, claim: 3. known perjured testimony of prosecution witnesses.

"Also see Goldstein vs C.D.C Apt. of U.S court of Appeal 9th cir case Attached as "Exhibit A" in which it's stated failure to tell defense lawyers about a deal of a witness during trial violated Goldsteins constitutional rights and vacated conviction releasing Goldstein. This support claim: 1. Withheld, suppressed evidence of undocumented photo lineup shown to witnesses before a Apr 8,97 physical lineup + withheld from a Mar 27, 98 motion to dismiss hearing held for undocumented photographic lineup, and petitioner conviction must be vacated.

I declare under penalty of perjury all true

Dated: 8-20-07

Ontonio Williams

2.

"Exh A"

# Man accused of 1979 killing set free

Apr 3 04

**ASSOCIATED PRESS**

LONG BEACH — A man who spent 24 years in prison after being convicted of murder was released Friday after a judge dismissed the case, citing lack of evidence.

"I'm nervous and anxious and uncertain about the future, but I'm glad to be out," Thomas Lee Goldstein, 55, said after being released from a Long Beach courthouse.

Goldstein was released two months after another judge threw out his murder conviction. He remained behind bars, however, as prosecutors pursued a retrial.

Two federal judges and a federal appeals panel have ruled that Goldstein was wrongly convicted based on the testimony of a jailhouse informant.

Earlier this week, Superior Court Judge James B. Pierce ruled that prosecutors could not reintroduce separate testimony given during the 1979 trial by Loran Campbell, another key witness against Goldstein, who recanted the testimony in 2002, shortly before dying.

Without that testimony, prosecutors said they couldn't retry Goldstein and sought the dismissal.

Goldstein's attorney, Charles Lindner, said the case "was never there. They could have never reprosecuted."

Goldstein was a college student when John McGinest was killed by shotgun fire on a Long Beach street Nov. 3, 1979. Goldstein, who lived in a rented garage near the murder scene, was arrested two weeks later.

Other testimony during his trial came from informant Edward F. Fink, a heroin user with a lengthy criminal record. He had testified in more than 10 cases that people had confessed crimes to him while they shared his jail cell.

Evidence suggests Fink struck a deal with prosecutors to get a lighter sentence in exchange for his testimony. Prosecutors' failure to tell defense lawyers about the deal during the trial violated Goldstein's constitutional rights, the U.S. 9th Circuit Court of Appeals said. No physical evidence linked Goldstein to the killing, and the murder weapon was never found.