IN THE U.S DISTRICT COURT NORTHERN CALIFORNIA

ANTONIO L. WILLIAMS
vs
W.J. SULLIVAN

FILED
AUG 23 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case No. C07-3376CW

AFFADAVIT TO Assign Judge of serving Dep. Atty Gen. Allan Yannow copy of Habeas Corpus Evidentiary Motion:

Petitioner on 8-20-07 did and there serve a copy of Habeas corpus Evidentiary Motion in pending Matter on Dep. Atty Gen. Allen Yannow at office of Atty Gen. 455 Golden Gate Ave # 11000 SF, Calif 94102

Dated:

I Declare under Penalty of Perjury all true.

Antonio Williams

# FORM E

Proof of Service by Mail

[Case Name and Court Number]

I declare that:

I am a resident of __C.C.I__ in the county of __TEHAChApi__ California. I am over the age of 18 years. My residence address is: __CALiF CorreCTioNAL INST. P.O Box 1906 1-C-101 TEHAChApi, CALiF 93581__

On __8-20-07__, I served the attached __1. MOTioN To AMeNd EviD. MOTioN 2. AFFAdAviT 3. MOTioN OMiT FedeRAL CAses__ on the __CLerk, Dep. ATTy GeN__ in said case by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid, in the United States mail at __C.C.I__ addressed as follows: __CLerk U.S.D.C For NorTherN CALiF 1301 CLAy ST. OAKLANd, CALiF 94621 Dep. ATTy GeN. ALLAN YANNOW 455 GoLdeN GATe Ave. # 11000 SF, CA 94102__

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on __8-20-07__ [date], at __TEHAChApi__, California.

__ANTONIO WiLLiAMS__
[Type or Print Name]

__Antonio Williams__
[Signature]