IN THE U.S DISTRICT FOR NORTH CALIFORNIA

ANTONIO L. WILLIAMS
vs
W. J. SULLIVAN

FILED
SEP 11 2007
RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CASE NO. C07-3376 CW

MOTION TO Amend Motion For Evidentiary Hearing With Perjured Testimony of Undocumented Photographic Lineup In Support of Habear Claims 1 An 3 see Murray vs Carrier (1986) 477 US 478, 91 L Ed 2d 397, 106 S CT 2639

Petitioner come before the Court with titled motion ~~6-17-97~~ Sgt. Juarez First Revealed in petitioner parole revocation hearing "we did a photo lineup" in how info came about. (2.) on Sept 1, 98 in motion to suppress hearing held he made a mistake when he said we did a photo lineup in petitioner June 17, 97 parole revocation hearing to bring in trial a tainted identification suggestedly made Apr 8, 97 before the physical line up committing known perjury testimony. (3.) on Sep 8, 98 Sep 9, 98 Sgt. E. Juarez, Sgt. B. Thurman, M. Yoel of Oakland Police Dept. All lied under oath committed known perjured testimony in petitioner right to a fair-

1.

trial when testified in trial and to Jurors no photographic lineup existed or was shown to witnesses, Apr 8, 97 before a physical lineup presence of a requested lawyer to witness the physical lineup. (4.) Trial prosecutor Dep. D.A Daniel Burke withheld crucial exonerating exculpatory evidence of the undocumented photo displays and used his witnesses to commit known perjured testimony instead to obtain a illegal conviction allowing petitioner to be wrongly convicted to win and be incarcerated 10 years.

The facts of this motion in supported by the assemblance, production of the undocumented photographic lineup displays, material evidence, transcripts of officers, witnesses perjured testimony bought by his habeas corpus, original evidentiary motion pending of this action attached thereto. An exhibits to habeas corpus claims 1 an claims 3 and requires a evidentiary hearing be held conviction vacated. See Sawyer vs Whitley (1992) 505 US 333, 120 L Ed 2d 269, 112 S Ct 2514

Respectfully submitted

I declare under penalty of perjury all True.

Dated: 9-6-07

Ontario Williams

2.

FORM E

Proof of Service by Mail

[Case Name and Court Number] CASE NO. C07-3376 WILLIAMS V. SULLIVAN

I declare that:

I am a resident of **C.C.I.** in the county of **TEHACHAPI**, California. I am over the age of 18 years. My residence address is: **CALIF CORRECTIONAL INST. P.O BOX 1906 1-C-210 TEHACHAPI, CALIF. 93581**

On **9-6-07**, I served the attached **EVID. MOTION, MOTION TO AMEND, MOTION TO APPOINT COUNSEL** on the **CLERK, ATTY GEN.** in said case by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid, in the United States mail at **C.C.I.** addressed as follows: **CLERK U.S.D.C 1301 CLAY ST. OAK, CALIF 94621, DEP. ATTY GEN. ALLAN YANNOW OFFICE OF ATTY GEN. 455 GOLDEN GATE AVE #11000 SF, CA 94102**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **9-6-07** [date], at **TEHACHAPI**, California.

ANTONIO WILLIAMS
[Type or Print Name]

Ontonio Williams
[Signature]