"Attachment
Exhibits A,B" ORIGINAL

IN THE U.S DISTRICT COURT
THE NORTHERN DISTRICT

ANTONIO L. WILLIAMS
vs
W.J. SULLIVAN

CASE NO. C07-3376-CW
MOTION TO APPOINT Dep. Federal public Defender sean K. Kennedy;
*Exceptional* Circumstances

Petitioner come before the court requesting Appointment of Federal public Defender sean K. Kennedy who specializes in wrongful conviction cases see Exhibits A,B people v Goldstein. Petitioner was framed by O.P.D Apr 8, 97 by presentation of A undocumented photographic lineup shown to witnesses before A physical lineup setting me up to be Identified As the Assailant an Along with D.A office withheld suppressed this info material Evidence Exonerating Evidence of undocumented photo lineup

From a May 21,98 motion to dismiss held for presentation of undocumented photo so case wouldn't be dismissed then withheld the undocumented photo lineup from trial jurors as the D.A Daniel Burke instead used 2 O.P.D to lie under oath to jurors trial to say no photo lineup was shown to witnesses or existed known perjured testimony to obtain a conviction causing me to be wrongfully convicted the undocumented photo lineup displays been assembled produced attached to the habeas corpus motions, including 2 officers perjured testimony all bought under exonerating new evidence claims requiring a evidentiary hearing held, vacated conviction.

Respectfully submitted

Dated: 9-6-07  I declare under penalty of perjury all true.

Antonio Williams


COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

# Judge Upholds Censure of 2 L.A. Prosecutors

Exhibit A

**They were reprimanded in June for failing to release a man wrongly convicted of murder.**

By JOY BUCHANAN
Times Staff Writer

A federal judge Monday reaffirmed his censure of two Los Angeles County prosecutors who delayed for months the release of a man wrongly convicted of murder.

U.S. District Court Judge Dickran Tevrizian maintained his censure of Patrick Connolly and Anne Ingalls, both deputy district attorneys, for failing to release Thomas Lee Goldstein earlier this year.

Goldstein served 24 years in prison, mainly on the evidence of an unreliable jailhouse informant and an eyewitness who later recanted, before his conviction was overturned by the U.S. 9th Circuit Court of Appeals. The court ordered Goldstein's release in December, but Goldstein was not released until April.

In June, Tevrizian wrote that the court "condemns and censures" Connolly, who took over the case after the 9th Circuit reversed the conviction and sent the case back to Long Beach, and Ingalls, the court supervisor, for their "cavalier attitude, ethical amnesia and questionable conduct."

Sean K. Kennedy, the deputy federal public defender who represented Goldstein, said the judge's decision made sense.

"It was meant as a rebuke of the prosecutors," he said. "It appears that they believe that they have the right to ignore federal orders."

Los Angeles County Dist. Atty. Steve Cooley's office, in a written statement, blamed the delay on the 9th Circuit's failure "to provide sufficient notice and due process during the proceedings," which apparently led to "the misunderstanding of the laws of the state of California and the duty of a prosecutor to re-evaluate the evidence in the event of a reversal of a criminal conviction."

The attorney general's office sent a letter to the court saying that Los Angeles County prosecutors planned to retry Goldstein, but in January, the appeals court demanded Goldstein's immediate release. Goldstein was ordered freed in April by Superior Court Judge James B. Pierce.



"Exh B"

Apr 3 04

# Man accused of 1979 killing set free

**ASSOCIATED PRESS**

LONG BEACH — A man who spent 24 years in prison after being convicted of murder was released Friday after a judge dismissed the case, citing lack of evidence.

"I'm nervous and anxious and uncertain about the future, but I'm glad to be out," Thomas Lee Goldstein, 55, said after being released from a Long Beach courthouse.

Goldstein was released two months after another judge threw out his murder conviction. He remained behind bars, however, as prosecutors pursued a retrial.

Two federal judges and a federal appeals panel have ruled that Goldstein was wrongly convicted based on the testimony of a jailhouse informant.

Earlier this week, Superior Court Judge James B. Pierce ruled that prosecutors could not reintroduce separate testimony given during the 1979 trial by Loran Campbell, another key witness against Goldstein, who recanted the testimony in 2002 shortly before dying.

Without that testimony, prosecutors said they couldn't retry Goldstein and sought the dismissal.

Goldstein's attorney, Charles Lindner, said the case was never there. "They could have never reprosecuted."

Goldstein was a college student when John McGinest was killed by shotgun fire on a Long Beach street Nov. 3, 1979. Goldstein, who lived in a rented garage near the murder scene, was arrested two weeks later.

Other testimony during his trial came from informant Edward F. Fink, a heroin user with a lengthy criminal record. He had testified in more than 10 cases that people had confessed crimes to him while they shared his jail cell.

"Evidence suggests" Fink struck a deal with prosecutors to get a lighter sentence in exchange for his testimony. Prosecutors' failure to tell defense lawyers about the deal during the trial violated Goldstein's constitutional rights, the U.S. 9th Circuit Court of Appeals said. No physical evidence linked Goldstein to the killing, and the murder weapon was never found.