IN THE U.S DISTRICT COURT
NORTHERN CALIFORNIA

ANTONIO L. WILLIAMS
vs
W.J. SULLIVAN

FILED
OCT 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CASE NO. C07-3376CW

AFFADAVIT OF INFO. SHOWING FOR CAUSE, TIMELINESS IN SUPPORT OF HABEAS RELIEF PURSUANT § 2244(B)

Petitioner come before the court stating he is actual innocent and was convicted solely by prosecutorial, judical misconduct miscarriage of justice, petitioner was framed by O.P.D officers presentation of a undocumented photo-lineup display 3 of petitioner 1. of the Apr 6,97 arrest booking photo along side of 2 other pictures of his brother Mark Williams, deceased brother Anthony Williams, 2. A photo lineup display of 5 photographs of petitioner 3. A photo display of 2 pictures 1 of petitioner other of deceased brother Anthony Williams as all were shown to witnesses before a physical lineup setting me up to be identified

1.

As the assailant once this info was revealed Alameda Co. D.A office suppressed this info and withheld the this exculpatory exonerating material evidence of photographic lineup. From (1.) A Mar 31, 98 motion to dismiss hearing held for the undocumented photo-displays so the case couldn't be dismissed further illegally incarcerating petitioner, (2.) The D.A office withheld this info, evidence from a Sep, 99 motion to suppress hearing and used 3 O.P.D officers, witnesses to commit known perjured testimony of to say no photo lineup existed or was shown to witnesses to obtain a illegal conviction as info, evidence was withheld from jurors, (3.) by this withheld info, evidence the trial judge didn't use my endorsed filed juror instructions as all caused him to be wrongly convicted by miscarriage of justice this info, evidence has been assembled and bought by his habeas new evidence

2.

claims of photographic line up displays, transcript perjured testimony of officers, witnesses. Petitioner appellate attorney refused to use info on appeal petitioner at time came didn't know how to use info or exhaust state remedies as been fully done including serving all documents, habeas, motions of this cause, action on Dep. Atty. Gen. Allan Yannow.

Petitioner makes his cause and showing by his new evidence claims by unyet see Murray vs Carrier (1986) 477 US 478, 91 L Ed 2d 397, 106 S Ct 2639 + Sawyer vs Whitley (1992) 505 US 333, 120 L Ed 2d 269, 112 S Ct 2514 see Accosta vs Texas 355 US 28 (1957) and Mooney vs Holohan, 294 US 103 (1935).

Foregoing reasons of cause and prejudice, miscarriage of justice, fundamental miscarriage of justice a evidentiary hearing is required habeas relief heard ordered by vacating tainted conviction.

RTFully,

10-16-07

I declare under penalty of perjury all true.

3.

Antonio Williams

## FORM E

Proof of Service by Mail

[Case Name and Court Number] CASE NO. C07-3376 WILLIAMS VS SULLIVAN

I declare that:

I am a resident of __C.C.I__ in the county of __TEHACHAPI__ California. I am over the age of 18 years. My residence address is: __CALIF CORRECTIONAL INST. P.O BOX 1906 TEHACHAPI, CA 93721__.

On __10-16-07__, I served the attached __AFFADAVIT__ on the __CLERK, DEP. ATTY. GEN__ in said case by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid, in the United States mail at __C.C.I__ addressed as follows: __CLERK U.S.D.C NORTHERN DIST. CA 1301 CLAY ST. OAK, CALIF 94621, Dep. Atty. Gen. A. YANNOW 455 GOLDEN GATE AVE #11000 SF, CA 94102__

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on __10-16-07__ [date], at __TEHACHAPI__, California.

__ANTONIO WILLIAMS__
[Type or Print Name]

__Antonio Williams__
[Signature]