

Antonio Williams J05660
California Correctional Institution
P.O. Box 1906 4-A-204
Tehachapi, Calif 93581

Clerk
U.S District Court
For Northern Calif
1301 Clay
Oakland, Calif 94621

Mailed 10-18-07

"LEGAL MAIL"