"Attached"
A-F Exhibits

IN THE U.S DISTRICT COURT
THE NORTHERN CALIFORNIA

FILED
NOV - 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ANTONIO L. WILLIAMS | CASE NO. 07-3376 CW |
| vs | AFFADAVIT OF INFO FOR CAUSE AND PREJUDICE SHOWING IN SUPPORT OF HABEAS RELIEF PURSUANT § 2244 (B) OR PROCEDURAL DEFAULTS OR BARS IN MATTER: |
| W. J. SULLIVAN | |

PETITIONER COME BEFORE THE COURT AS TITLED ON OCT 19, 07 A AFFADAVIT OF INFO SHOWING FOR CAUSE, TIMELINESS IN SUPPORT OF HABEAS RELIEF PURSUANT § 2244 (B) SEE EXH A-1 WAS FILED AS PETITIONER IS ACTUAL INNOCENT AND ILLEGAL-LALLY INCARCARATED AS HE WAS FRAMED BY OAKLAND POLICE OFFICERS PRESENTATION OF A UN-DOCUMENTED PHOTOGRAPHIC LINEUP OF HIM SHOWN TO WITNESSES APR 8, 97 BEFORE A PHYSICAL LINE-UP SETTING HIM UP TO BE ID-ENTIFIED AS THE ASSAILANT THE ALAMEDA CO. D.A OFFICE WITHHELD THIS EXCULPATORY, EXONERATING EVIDENCE OF UNDOCUMENTED PHOTO DISPLAYS FROM A MAR 31, 98 MOTION TO DIS-MISS HEARING HELD FOR FEDERAL "CONST, CIVIL RIGHTS" VIOLATION FOR SHOWING UNDOCUMENTED

1.

photo displays so the case couldn't be dismissed and instead conspired and schemed and sent me to a trial that was never supposed of taken place to obtain a illegal conviction by known perjured testimony of prosecution witnesses to as testified no photo lineup existed or was shown as lied to jurors the undocumented photographic lineup displays has been assembled and bought by habeas claims along with on transcript perjured testimony of witnesses. "New Evidence" "Petitioner claims goes to the heart of Injustice Rare, Extrordinary circumstances by the fundamental miscarriage of Justice by his false imprisonment? of evidence submitted by parties and by so through any procedural default or bars "see" Lloyd Schulp vs Potosi correctional center 513 us 298, 130 L ED 2d 808, 115 S CT 851 case no. 93-7901 Decision: Federal Habeas corpus petitioner under death sentence held required, to avoid a procedural bar, to show only that constitutional violation probally resulted in conviction of one

2.

who was actually innocent.
Also see Murray vs Carrier (1986)
477 US 478, 91 L Ed 2d 397, 106 S CT 2639
Also see Sawyer vs Whitley (1992)
505 US 333, 120 L Ed 2d 269, 112 S CT 2514.

Petitioner states he told officers, others they were framing him as did at before physical line up see Exh B Physical line up participant witness statement by Antonio Richardson by Public Defender office also see Exh C, Sgt. Juarez of O.P.D. Lead Investigator PJ 952 lines 23-28, PJ 952 lines 1-4 Trial Transcript testimony. The court has the undocumented Photo Display "Foregoing Reasons"

Any procedural defaults or bars must be removed lifted by factual cause and prejudice A Evidentiary hearing is required, relief granted.


Respectfully submitted,

I declare under penalty of perjury all foregoing true.

Dated: 10-31-07          Antonio Williams

3.

Exh A

IN THE U.S DISTRICT COURT FOR
NORTHERN CALIFORNIA

ORIGINAL FILED
OCT 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ANTONIO L. WILLIAMS
vs
W.J. SULLIVAN

CASe NO. C07-3376

AFFADAVIT OF IN
showing FOR
CAUSE, TIMELINESS
IN SUPPORT OF
HABEAS RELIEF
PURSUANT § 2244(B)

Petitioner come before the court stating he is actual innocent and was convicted solely by prosecutorial, judicial misconduct miscarriage of justice. Petitioner was framed by O.P.D officers presentation of a undocumented photo-lineup display 2 of petitioner 1. of the Apr 6,97 arrest booking photo along side of 2 other pictures of his brother Mark Williams, deceased brother Anthony Williams, 2. A photo lineup display of 5 photographs of petitioner, 3. A photo display of 2 pictures 1 of petitioner other of deceased brother Anthony Williams an all were shown to witnesses before a physical lineup setting me up to be identified

1.

as the assailant once this info was revealed Alameda Co. D.A office suppressed this info and withheld the this exculpatory exonerating material evidence of photographic lineup from (11.) A Mar 31, 98 motion to dismiss hearing held for the undocumented photo. Displays so the case couldn't would be dismissed further illegally incarcerating petitioner, (12.) the D.A office withheld this info, evidence from a Sep, 99 motion to suppress hearing and used 3 O.P.D officers, witnesses to commit known perjured testimony of to say no photo lineup existed or was shown to witnesses to obtain a illegal conviction as info, evidence was withheld from jurors, (13.) by this withheld info, evidence the trial judge didn't use my endorsed filed juror instructions as all caused him to be wrongly convicted by miscarriage of justice this info, evidence has been assembled and bought by his Habeas new evidence

2.

claims of photographic line up displays transcript perjured testimony of officers, witnesses. Petitioner appellate attorney refused to use info on appeal petitioner at time came didn't know how to use info or exhaust state remedies as been fully done including serving all documents, habeas, motions of this cause, action on Dep. Atty. Gen. Allan Yannow petitioner makes his cause and showing by his new evidence claims by under see Murray vs Carrier (1986) 477 US 478, 91 L Ed 2d 397, 106 S Ct 2639 + Sawyer vs Whitley (1992) 505 US 333, 120 L Ed 2d 269, 112 S Ct 2514 see Accorta vs Texas 355 US 28 (1957) and Mooney vs Holohan, 294 US 103 (1935). Foregoing reasons of cause and prejudice, miscarriage of justice, fundamental miscarriage of justice, a evidentiary hearing is required habeas relief heard ordered by vacating tainted conviction.

Respectfully,

Dated: 10-16-07

I declare under penalty of perjury all true.

3.

Antonio Williams

Exhibit B

# REPORT OF INTERVIEW

## I. DATE: 3/4/98

001344

CLIENT: ANTONIO WILLIAMS
ATTY: MCCORMICK
INV. #: I-98-026
DOCKET: 130594
Dictation Date: 3/4/98    Date Typed: March 9, 1998

SUBJECT: ANTONIO RICHARDSON AQS 167

INVESTIGATOR: LABEAUX

Richardson states that he participated in a physical lineup on April 8, 1997. Richardson states that a Black Male Jailor and two Plainclothes White Officers entered the Pod. Richardson states that Client was with the three Officers.

Richardson states that one of the Plainclothes Officers stated to Client "Pick somebody out for a lineup".

Client then said "I don't want to pick anybody, you all trying to set me up."

The same officer then responded, well go on and pick somebody out and stop playing with us."

Richardson states that the cop and Client began arguing back and forth about how Client was saying that he was being framed by these guys.

The same officer then pointed to Richardson and said, "How about him, he looks similar to you".

Client then said, directing his comment to Richardson, "no, Tone, don't get involved, they're trying to set me up."

Richardson states that the four, the jailor, the two Plainclothes Officers and client then left the Pod.

Richardson states that he cannot explain why they left and that it did not seem like the Client was not trying to cooperate with them, he just did not want to be involved with picking out fillers for his lineup.

Richardson states about five or ten minutes later the Black Male Jailor and two Plainclothes Officers returned with Client, however one of the Plainclothes Officers was not the same one, he was replaced with a Black Male Plainclothes Officer. Richardson recalls that Client then said, when they entered the Pod,

continued.......

REPORT OF INTERVIEW

CLIENT: ANTONIO WILLIAMS
SUB: ANTONIO RICHARDSON            P. 2                    INV. #: I98-026

"Come on blood", referring to Richardson, "come on man".

They then walked out of the Pod to the hallway area. Throughout their walk, Client kept saying,

"I want an attorney here. They're trying to set me up and I don't want to be involved."

Richardson states that they were in the hallway of City Jail and the officers were having each of the fillers say something however Richardson cannot recall what he was told to recite but that Client kept saying,

"Man they trippin', I ain't did nothin' like this.

Richardson states that the Client and the White Male Officer were getting into it again. The Client and White Officer were down the hallway near the bars while Richardson and the other fillers waited further into the hallway. Richardson states that they were eventually told to enter the room and stand in front of some numbers and each person was asked to approach the mike, turn this way and turn that way.

Richardson recalls that everyone complied with what was asked of them including the Client. Richardson recalls that Client was calm and complete and did not cause a problem.

Previous to entering into the physical lineup room, Client did seem a little emotional in that he had been arguing back and forth with the two Plainclothes Officers. The White Plainclothes Officer was saying all kinds of stuff to the Client and Client was trying to get back into it with the White Male Plainclothes Officer. Richardson recalls trying to get Client's attention to tell him to just calm down and be cool.

Richardson states that he has been incarcerated currently from Feb. 13, 1998 to 3/14/98 for a petty theft and traffic tickets.

Richardson states that he also is appearing later this month on a 2/98 incident where he was cited on West St. in Oakland for knocking on a building or establishment where narcotics were being sold.

Richardson states that he is on 3-year unsupervised probation for 11350 charge in Alameda County. Richardson states he has 40 days to go on the probation for that particular charge.

TLB:or

REPORT OF INTERVIEW

*Exh C*

952

```
1   Q.      When you say he was coercing other inmates from not
2   participating, what do you mean?
3   A.      Just yelling, making a scene, telling them not to
4   participate.
5   Q.      Now, is it the standard procedure at the Oakland
6   Police Department that a suspect in a crime that's about to
7   participate in a physical lineup gets to pick his or her own
8   fillers?
9   A.      Yes, that's the standard procedures.  They are walked
10  through the jail, and they are allowed to pick their own
11  fillers.
12  Q.      And fillers are the other people who stand in the
13  physical lineup?
14  A.      Yes.
15  Q.      Why do you let the suspect, and in this case, the
16  defendant, pick their own fillers?
17  A.      Just to make it as fair as possible for them, so, you
18  know, they can pick out people who they feel might look most
19  similar to them and make it as fair of a lineup as possible.
20  Q.      The defendant refused to participate in the lineup,
21  is that right?
22  A.      That's correct.
23  Q.      And what -- in fact, did the defendant give reasons
24  as to why he didn't want to participate in the lineup?
25  A.      He was saying that he was being framed; he was saying
26  that he demanded that he had a right to have a lawyer at the
27  lineup.
28  Q.      Did you explain to him something about having a right
```

```
 1  to a lawyer at a lineup?
 2  A.      Yes, I explained to him that he hadn't been charged
 3  with the actual crime yet and that the case law was that he
 4  did not have the right to an attorney.
 5  Q.      Did you actually show him some literature on this
 6  issue?
 7  A.      Yes, he was saying he wanted to see it in black and
 8  white, so I went and got a copy of the Point of View. It is
 9  from -- it has legal cases in it, and I showed him the part
10  where it showed he didn't have a right to a lawyer at the
11  lineup.
12  Q.      Even after you showed the defendant that literature,
13  did he still refuse to participate in the lineup?
14  A.      Yes.
15  Q.      Did he still persist in coercing and intimidating
16  other inmates from participating in the lineup?
17  A.      Yes.
18  Q.      Did you break some standard procedure in the Oakland
19  Police Department in an attempt to try to secure him a
20  lawyer?
21  A.      Yes.
22  Q.      What did you do?
23  A.      I called the Public Defender's office to see if they
24  could have someone show up just to try to get him to
25  participate in the lineup.
26  Q.      Is that standard procedure at the Oakland Police
27  Department?
28  A.      No.
```

## FORM E

### Proof of Service by Mail

[Case Name and Court Number] CASE NO. C07-3376 WILLIAMS vs SULLIVAN

I declare that:

I am a resident of C.C.I. in the county of TEHACHAPI, California. I am over the age of 18 years. My residence address is: CALIF CORRECTIONAL INST. P.O BOX 1906 TEHACHAPI, CA 93581.

On 10-31-07, I served the attached AFFADAVIT on the CLERK, Dep Atty, in said case by placing a true copy thereof enclosed in a sealed Gen. A. YANNOW envelope with postage thereon fully paid, in the United States mail at C.C.I. addressed as follows: U.S.D.C NORTHERN CALIF 1301 CLAY ST. OAKLAND, CA 94621, Dep. Atty Gen. A. YANNOW 455 GOLDEN GATE AVE # 11000 SF, CA 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on 10-31-07 [date], at TEHACHAPI, California.

ANTONIO WILLIAMS
[Type or Print Name]

Antonio Williams
[Signature]