

Antonio Williams J05660
California Correctional Institution
P.O. Box 1906  4-A-204
Tehachapi, Calif 93581

Mailed 10-31-07

Clerk
U.S. District Court
For Northern Calif
1301 Clay St.
Oakland, Calif 94621