United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTONIO LUIS WILLIAMS,

    Plaintiff,

  v.

W.J. SULLIVAN,

    Defendants.
_____/

No. C 07-03376 CW (PR)

ORDER OF DISMISSAL

(Docket no. 8)

    Petitioner, a state prisoner, filed this <u>pro se</u> petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has paid the full filing fee. Petitioner has filed a previous petition for a writ of habeas corpus with this Court, challenging the same conviction and sentence. <u>See</u> Case No. C 02-2310 CW (PR). The Court denied the first petition on the merits.

## DISCUSSION

    The Court finds the present petition is a second or successive petition attacking the same conviction and sentence as Petitioner's prior federal habeas petition. A second or successive petition containing new claims may not be filed in the district court unless Petitioner first obtains from the United States Court of Appeals an order authorizing the district court to consider the petition. 28 U.S.C. § 2244(b)(3)(A). Petitioner has not done so. Accordingly,

1  this petition is DISMISSED without prejudice to filing a new habeas
2  action if Petitioner obtains the necessary order.
3     Petitioner has filed a document entitled "Motion to Omit,
4  Amend Federal Cases In Support of Relief to Habeas Corpus, Claims:
5  Collateral Attack" (docket no. 8).  In the motion, Petitioner names
6  four cases decided by the United States Supreme Court and the Ninth
7  Circuit.  He asks the Court to consider them in support of his
8  claims.  In light of the fact that the Court is dismissing this
9  action, the Court DENIES his motion without prejudice to renewing
10 his request if he files a new habeas action.

## CONCLUSION

12  For the foregoing reasons, the petition is DISMISSED pursuant
13 to 28 U.S.C. § 2244(b).
14     Petitioner's "Motion to Omit, Amend Federal Cases In Support
15 of Relief to Habeas Corpus, Claims: Collateral Attack" (Docket no.
16 8) is DENIED without prejudice.
17     The Clerk of the Court shall enter judgment in accordance with
18 this Order, terminate all other pending motions, and close the
19 file.
20     IT IS SO ORDERED.
21 Dated:  3/21/08

                                     CLAUDIA WILKEN
                                     UNITED STATES DISTRICT JUDGE

P:\PRO-SE\CW\HC.07\Williams3376.dismSUCCESSIVE.wpd    2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ANTONIO LUIS WILLIAMS et al,

        Plaintiff,

  v.

W.J. SULLIVAN et al,

        Defendant.

Case Number: CV07-03376 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Antonio Luis Williams
#J 05660
California Correctional Instituttion
P.O. Box 1906
Tehachapi, CA 93581

Dated: March 21, 2008

                      Richard W. Wieking, Clerk
                      By: Sheilah Cahill, Deputy Clerk

P:\PRO-SE\CW\HC.07\Williams3376.dismSUCCESSIVE.wpd   3