IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTONIO LUIS WILLIAMS,

    Petitioner,

  v.

W.J. SULLIVAN,

    Respondent.
_____/

No. C 07-03376 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order of Dismissal,

IT IS ORDERED AND ADJUDGED

    That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

    Dated at Oakland, California, this 21st day of March, 2008.

                            RICHARD W. WIEKING
                            Clerk of Court

By: _/s/ Sheilah Cahill_____
    SHEILAH CAHILL
    Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ANTONIO LUIS WILLIAMS et al,

    Plaintiff,

v.

W.J. SULLIVAN et al,

    Defendant.

Case Number: CV07-03376 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Antonio Luis Williams
#J 05660
California Correctional Instituttion
P.O. Box 1906
Tehachapi, CA 93581

Dated: March 21, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk