Dear Clerk

FILED
APR 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case No. C07-3376 CW

On Apr 10, 08 I sent notice of appeal motion to rescind order of Mar 21, 08 court order dismissing Habeas Corpus addressed to this court, on Apr 21, 08 the post office return said materials of mailing said erroneously stating no such address see enclose envelope enclosed of notice appeal, motion to rescind please open envelope and file original waive any late filing and return filed copies please

Thank you

Dated: 4-22-08

Ontonio Williams
J05660