**From:**
Antonio Williams J05660
High Desert State Prison
P.O. Box 3030 D7-C-126
Susanville, Calif 96130

Noted/return Filed copy

Legal Mail

Mailed 4-22-08

STATE PRISON

**To:**
Clerk
U.S District Court
For Northern California
1301 Clay St.
Oakland, Calif 94621

US POSTAGE $00.41
04/23/2008
Mailed from 96127
049J82046573