Case 4:07-cv-03376-CW  Document 18  Filed 04/25/2008  Page 1 of 2

FILED
APR 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ORIGINAL

IN THE U.S. DISTRICT
FOR NORTHERN CALIFORNIA

ANTONIO L. WILLIAMS
C.D.C. # J05660
vs.
W.J. SULLIVAN

CASE NO. C07-3376

MOTION TO Rescind 3-21-08 court order and order Prison Authorities To Give Legal Property To prevent Legal Document pending stay of court order

Petitioner come before the court entitled in that on 3-21-08 the court issued a order dismissing his Federal writ of Habeas Corpus stating petitioner had not first sought permission with U.S. Court of Appeal 9th cir. before filing petition in which is a 2nd petition. Petitioner states the court was made aware before it issued the order the info regarding for permission to file this 2nd petition was is still pending in U.S. Court of Appeal 9th cir. And is Amended

FRONT/BACK

FILED
APR 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

To the petition it Dismissed without staying petition pending 9th cir. order as petitioner claims are of ACTUAL INNOCENCE under FUNDAMENTAL Miscarriage of Justice citing U.S. Supreme Court cases Sawyer vs Whitley Schulp vs Delup per his claims petition filing And 2nd petition filing as was not mention in the order by Judge Wilken, Judge Wilken Dismissed said petition 3-21-08 in retaliation of a pending petition for review of chief Judge order Dismissing a Judical misconduct complaint in-which was allotted by Judical counsel of 9th cir. 3-21-08 same day Wilken Dismissed petition as petitioner in the complainant of the Judical misconduct complaint Against Judge Wilken before 9th cir. Judical council. Petitioner transfered to High Desert state prison 4-8-08 an currently as a new arrival do not have his personal or legal materials and request a stay, court to prison at High Desert state prison to retrieve legal materials to produce U.S Court of Appeal 9th cir. Letter verifying permission was sought, pending, Amended to petition.

Dated: 4-10-08

Antonio Williams