IN THE U.S DISTRICT COURT FOR NORTHERN CALIFORNIA

ANTONIO L. WILLIAMS
CDC# J05660
vs
W.J. SULLIVAN

CASE NO. C07-3376CW

FILED
APR 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

NOTICE OF APPEAL;
ALSO NEW
CHANGE OF
ADDRESS
↓
HIGH DESERT STATE
PRISON P.O BOX 3030
B7-C-126
SUSANVILLE, CALIF 96127

Petitioner come before the Court with Notice of Appeal in that on 3-21-08 Judge Claudia Wilken errored and of by Abused Discretion conflict of Interest Dismissed petitioner Federal Writ of Habeas Corpus as was pending 9months filed June 27.07 of Exhausted New Evidence Claims Actual Innocence claims Fundamental Miscarriage of Justice claims by (1.) District Attorney Withholding Excl- upatory Exonerating Evidence of A Undocumented Photographic Lineup Display Oakland police Dept. officers presented Apr 8,97 to Witnesses before a physical lineup setting me up to be Identified as the assailant (2.) the District Attorney "used" witnesses, 3 O.P.D officers

Front/Back

to commit known perjured testimony to be false in trial and to jurors that no photo lineup existed or was shown to obtain a illegal conviction as did the new evidence material facts of the undocumented photographic lineup displays are assembled and bought by his habeas corpus, evidentiary motions. On Feb, 6, 08 the court denied evidentiary motions and on Mar 21, 08 dismissed petitioner habeas corpus as in a 2nd petition and the court stated in the order it's dismissing the petition due to petitioner hadn't first seek permission with us court of appeal 9th cir. to file 2nd petition, petitioner states the court in was aware the info regarding permission to file the second petition was and is still pending in us court of appeal 9th cir. and amended to the petition when it dismissed it without staying it and or pending 9th cir. order. Petitioner request the court to grant certificate of appealability. "ATN new address change petitioner transfered on Apr 2, 08 to High Desert State Prison P.O. Box 3030 D7 126 Susanville, CA 93721.

Dated: 4-10-08

I declare under penalty of perjury all true

Antonio Williams