HIGH DESERT STATE PRISON
NAME: William Antonio
DC#: J05660   BED: A2L-226  D7-C
PO BOX 3030 SUSANVILLE CA 96127
HIGH DESERT STATE PRISON

D7

Mailed 4-10-08
Noted return
Filed copy
Legal Mail

Court Clerk of
U.S. District Court
For Nor.

US POSTAGE
Mailed From 96127
04/10/2008
$00.410

NIXIE         945   4C  1          30  04/16/08

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 96127303030        *2605-04950-16-25