**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

April 28, 2008

Antonio L. Williams
J05660, D7-C-0126
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

SUBJECT:   Request for Payment of Docket Fee

**Title: ANTONIO LUIS WILLIAMS -v- W.J. SULLIVAN**
**Case Number:   CV 07-03376 CW**
**Court of Appeals Number:   n/a**

A notice of appeal was filed with this Court on 4/25/08 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

**RICHARD W. WIEKING, Clerk**

*Kelly Collins*

by:   **Kelly Collins**
**Case Systems Administrator**

**cc: U.S. Court of Appeals**