ORIGINAL

In the U.S. District Court for
Northern California

Antonio L. Williams
vs
W.J. Sullivan

Case No. C07-3376 CW

Motion to Rescind Mar 21, 08 Court Order Dismissing Habeas Corpus, and Stay Action pending a Temporary order to be issued to prison authorities to retrieve withheld legal materials enclosed 9th Cir. Letter of Permission to File Second Habeas.

Petitioner come before the court as titled on 3-21-08 Judge Wilken dismissed Habeas Corpus as in a second petition and in the order said Judge stated petitioner hadn't undergone permission from 9th Cir. Court of Appeal before bringing petition. Petitioner states the matter was bought to 9th Cir. Court of Appeal for said permission and Judge Wilken knew it as is pending but ignored it due to reprimal

1.

FILED MAY 12 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

of a Judicial Misconduct complaint balloted 3-21-08 by 9th Cir. Judicial Council same day Judge Wilken dismissed Habeas petition. Petitioner was transferred to High Desert State Prison Apr 8, 08 and does not have his property, legal materials where he has the 9th Cir. Court of Appeal letter verifying permission to file Habeas was sought, and pending and Judge Wilken ignored staying Habeas as it is amended thereto in 9th cir.

Foregoing reason petitioner request the order of 3-21-08 be rescinded also stay the action pending a temporary order to prison authorities for petitioner to retrieve 9th cir. letter from legal materials.

I declare under penalty of perjury all foregoing true.

Dated: 5-6-08        2.                    Ontonio Williams