IN THE U.S DISTRICT COURT FOR
NORTHERN CALIFORNIA

ANTONIO L. WILLIAMS
VS
W.J. SULLIVAN

CASE NO. C07-3376 CW

**ORIGINAL**

**FILED**
MAY 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

MOTION TO STRIKE AND or RESCIND A Request For payment OF A Notice oF Appeal Fee For A Crim. Habeas corpus on Appeal As 5.00 Dollar Filing was paid pursuant ¶2254 And Lies Asobjection An Prosecutorial Misconduct:

Petitioner come before The Court As titled on Mar 21, 08 The court And Judge Dismissed petitioner Habeas corpus pursuant ¶2254 regarding his criminal conviction in which Petitioner paid required Full 5.00 Dollar Filing Fee And Judge Wilken stated so in Mar 21, 08 court order. "on Apr 25, 08 petitioner Notice oF Appeal was Filed And instead oF The court coming on Record As required entering Appeal Notice Forwarding petitioner his Docket sheets And matter To 9th Cir. Court For Briefing As required As The same court, Judge Done Twice before As This petitioner's second

habeas as was same sitting judge in prior habeas petitions pursuant §2254 Judge CLAUDIA WILKEN in Williams vs Runnels case No. 02-2310 CW habeas corpus "On Apr 28, 08 case systems administrator Kelly Collins sent petitioner a letter stating petitioner had not paid a docket fee of $455.00 and requested it see Exh A said letter there is No docket fee pursuant §2254 for a crim. conviction This is criminal misconduct if go uncorrected, as No INMATE would be able to appeal as We all are indigent and dont have $455.00 including myself dont and entitled to relief and to have case by Notice of appeal info entered forwarded to 9th Cir. For filing and briefing This court dismissed petitioners habeas erroneously stating no permission to 9th cir. court was sought pursuant his second habeas petition and can be easily cleared up by the court granting petitioner a separate motion to rescind May 21, 08 order and to

stay it pending a temporary order to prison Authorities to retrieve 9th Cir. letter of permission to file second Habeas from personal legal property, materials. Petitioner is entitled to relief and if The Judge Wilken denies petitioner his required relief he's entitled by law here of her's filing a judicial misconduct complaint for fraud, forgery denial obstruct access to court, 9th Cir. court, conspiracy to commit murder, for investigation corrective action.

Foregoing reasons motion is to be granted as there is no such fee on appeal of $455.00 of Habeas pursant §2254 of a crim. conviction only federal civil rights law suits.

I declare under penalty of perjury all foregoing is true.

Dated: 5-6-08

Antonio Williams

Exh A

# UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

April 28, 2008

Antonio L. Williams
J05660, D7-C0126
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

SUBJECT:    Request for Payment of Docket Fee

    Title: **ANTONIO LUIS WILLIAMS -v- W.J. SULLIVAN**
    Case Number:    **CV 07-03376 CW**
    Court of Appeals Number:  N/A

A notice of appeal was filed with this Court on 4/25/08 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

by: Kelly Collins
Case Systems Administrator

cc: U.S. Court of Appeals