Antonio William Josseo
High Desert State Prison
P.O. Box 3030
Susanville, Calif 96130

MAILED 5-6-08

## STATE PRISON



US POSTAGE

Clerk
U.S. District Court
For Northern California
1301 Clay St. Suite 400
Oakland, Calif 94612