FILED
MAY 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIAMS ANTONIO
Plaintiff,

vs.

W.J. SULLIVAN
Defendant.

CASE NO. C07-3376 CW

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

On appeal

I, ANTONIO L. WILLIAMS declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A Net: N/A

Employer: ______

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

N/A

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ No ✓

b. Income from stocks, bonds, or royalties? — Yes ___ No ✓

c. Rent payments? — Yes ___ No ✓

d. Pensions, annuities, or life insurance payments? — Yes ___ No ✓

e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

3. Are you married? Yes ✓ No ___ Separated

Spouse's Full Name: Sheretha J. Huff

Spouse's Place of Employment: S.S.I Building, Richmond, Calif

Spouse's Monthly Salary, Wages or Income: N/A Don't know

Gross $___ Net $___

4. a. List amount you contribute to your spouse's support:$ ___

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

______________________________________________

______________________________________________

5. Do you own or are you buying a home? Yes ____ No ✓

Estimated Market Value: $____________ Amount of Mortgage: $______________

6. Do you own an automobile? Yes ____ No ✓

Make ______________ Year ____________ Model ______________

Is it financed? Yes _____ No ______ If so, Total due: $ ______________

Monthly Payment: $ ____________

7. Do you have a bank account? Yes ✓ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: prison Account

______________________________________________

Present balance(s): $ 0

Do you own any cash? Yes ___ No ✓ Amount: $ ______________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ✓

______________________________________________

8. What are your monthly expenses? None

Rent: $ ______________ Utilities: ______________

Food: $ ______________ Clothing: ______________

Charge Accounts: None

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

Case Number: C07-3376 CW

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Antonio Luis Williams [prisoner name] for the last six months High Desert State Prison [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 0 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 0.

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 5/9/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] HDSP

Dated: 5/9/08

[Authorized officer of the institution]

REPORT ID: TS3030 .701

REPORT DATE: 05/09/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
HIGH DESERT STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2007 THRU MAY 09, 2008

ACCOUNT NUMBER : J05660 BED/CELL NUMBER: FDB7T1000000126L
ACCOUNT NAME : WILLIAMS, ANTONIO LUIS ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 04/24/2008 | H109 | LEGAL POSTAGE HOLD | 4844 04/23 | 0.41 |
| 04/28/2008 | H110 | COPIES HOLD | 4903COPIES | 1.20 |
| 04/28/2008 | H110 | COPIES HOLD | 4903COPIES | 1.20 |
| 04/28/2008 | H107 | POSTAGE HOLD | 4900 MAIL | 7.38 |
| 04/28/2008 | H109 | LEGAL POSTAGE HOLD | 4898 04/24 | 0.87 |
| 04/28/2008 | H109 | LEGAL POSTAGE HOLD | 4898 04/24 | 0.53 |
| 04/28/2008 | H109 | LEGAL POSTAGE HOLD | 4898 04/24 | 0.63 |
| 04/28/2008 | H109 | LEGAL POSTAGE HOLD | 4898 04/24 | 0.39 |
| 04/28/2008 | H109 | LEGAL POSTAGE HOLD | 4898 04/24 | 0.41 |
| 04/28/2008 | H109 | LEGAL POSTAGE HOLD | 4898 04/24 | 3.47 |
| 04/28/2008 | H109 | LEGAL POSTAGE HOLD | 4898 04/24 | 1.82 |
| 04/28/2008 | H109 | LEGAL POSTAGE HOLD | 4898 04/24 | 6.21 |
| 04/28/2008 | H118 | LEGAL COPIES HOLD | 4894 04/24 | 0.35 |
| 05/08/2008 | H109 | LEGAL POSTAGE HOLD | 5167 05/06 | 1.14 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 26.01 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 26.01- |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 5/9/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] HDSP
TRUST OFFICE

REPORT ID: TS3030 .701 REPORT DATE: 05/09/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIF CORRECTIONAL INSTITUTION
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2007 THRU MAY 09, 2008

ACCOUNT NUMBER : J05660 BED/CELL NUMBER:
ACCOUNT NAME : WILLIAMS, ANTONIO LUIS ACCOUNT TYPE: T
PRIVILEGE GROUP:

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 5-8-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE
Acct. Tech



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 5/9/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE
HD8P

REPORT ID: TS3030 .701 REPORT DATE: 05/09/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
WASCO STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2007 THRU MAY 09, 2008

ACCOUNT NUMBER : J05660 BED/CELL NUMBER:
ACCOUNT NAME : WILLIAMS, ANTONIO LUIS ACCOUNT TYPE: T
PRIVILEGE GROUP:

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 5/9/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

TOTAL P.02