Antonio Williams J05660
High Desert State Prison
P.O. Box 3030 D7-C-126
Susanville, CA 96130

STATE PRISON

Clerk
U.S District Court
For Northern Calif
1301 Clay St.
Oakland, Calif 94621

US POSTAGE
Mailed from 96127
05 13 2008
$0.170