UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 6 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| ANTONIO LUIS WILLIAMS,<br><br>                Petitioner - Appellant,<br><br>V.<br><br>W. J. SULLIVAN,<br><br>                Respondent - Appellee. | No.  08-16355<br>D.C. No.  4:07-CV-03376-CW<br>Northern District of California,<br>Oakland<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule:

**Wed., July 16, 2008**    Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

**The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**
**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal.  9th Cir. R. 42-1**
**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a).  Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

                                      FOR THE COURT:
                                      Molly C. Dwyer
                                      Clerk of Court

                                      Ruben Talavera
                                      Deputy Clerk