**FILED**

**JUN 10 2008**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANTONIO LUIS WILLIAMS,<br><br>        Petitioner - Appellant,<br><br> v.<br><br>W. J. SULLIVAN,<br><br>        Respondent - Appellee. | No. 08-16355<br><br>D.C. No. 4:07-CV-03376-CW<br>Northern District of California,<br>Oakland |
| In re: ANTONIO LUIS WILLIAMS.<br><br>ANTONIO LUIS WILLIAMS,<br><br>        Petitioner,<br><br> v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,<br><br>        Respondent,<br><br>W. J. SULLIVAN,<br><br>        Real Party in Interest. | No. 08-72159<br><br>D.C. No. 4:07-cv-03376-CW<br>Northern District of California,<br>Oakland<br><br><br><br><br><br>ORDER |

Before: REINHARDT, BERZON and M. SMITH, Circuit Judges.

LN/MOATT

The filing in petition no. 08-72159 entitled "emergency writ of prohibition" is construed as an application to file a second or successive habeas petition. The Clerk shall serve on petitioner a Form 12. Petitioner may file an amended application on the enclosed Form 12 within 21 days after the date of this order. If petitioner timely files the application on the enclosed Form 12, petition no. 08-72159 will be referred to the next available motions panel. If the Form 12 is not timely filed, petition no. 08-72159 will be dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

Petitioner's notice of appeal from the district court's March 18, 2008 order of dismissal in case number CV-07-3376 in the Northern District of California was not processed properly. Case number 08-16355 has now been opened as an appeal from the district court's dismissal. The district court has not issued or declined to issue a certificate of appealability in this case, which arises under 28 U.S.C. § 2254. Accordingly, pursuant to circuit court policy, this case is remanded to the district court for the limited purpose of granting or denying a certificate of appealability at the court's earliest convenience. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b); *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

If the district court issues a certificate of appealability, the court should specify which issue or issues meet the required showing. *See* 28 U.S.C.

§ 2253(c)(3); *Asrar*, 116 F.3d at 1270.  If the district court declines to issue a certificate, the court should state its reasons why a certificate of appealability should not be granted, and the clerk of the district court shall forward to this court the record with the order denying the certificate.  *See Asrar*, 116 F.3d 1270.

The briefing schedule established in this court's June 6, 2008 order is vacated.

The Clerk shall serve this order on the district judge.