**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 07-03376 CW**

**CASE TITLE: ANTONIO LUIS WILLIAMS-v-W.J. SULLIVAN**

Dear Sir/Madam:

    Pursuant to Rule 22(b), Rules of Appellate Procedure, enclosed is a copy of notice of appeal, order denying request for certificate of appealability and certified copy of docket sheet. **Please access our electronic record through CM/ECF System.**
.

Dated: June 27, 2008

Sincerely,

RICHARD W. WIEKING, Clerk

*/s/ Clara Pierce*

by: Clara Pierce
Case Systems Administrator

Enclosures: